**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1128**

DON J. BEADS,

                    Plaintiff – Appellant,

          v.

MARYLAND STATE POLICE; MARCUS L. BROWN; TERRENCE B. SHERIDAN,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   William D. Quarles, Jr., District Judge.  (1:12-cv-03219-WDQ)

Submitted:  September 20, 2016        Decided:  October 13, 2016

Before MOTZ, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tonya Baña, TONYA BAÑA, LLC, Pikesville, Maryland, for Appellant.   Brian E. Frosh, Attorney General of Maryland, Phillip M. Pickus, Assistant Attorney General, Pikesville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Don Beads appeals the district court's order granting Defendants summary judgment on Beads' race discrimination claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2012), 42 U.S.C. § 1983 (2012), and Article 24 of the Maryland Declaration of Rights. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Beads v. Md. State Police, No. 1:12-cv-03219-WDQ (D. Md. Jan. 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2